# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| BURNARD NELSON CAMPBELL | CASE NO: 18-50387 |
| KAREN ELIZABETH CAMPBELL | CHAPTER: 13 |
| | JUDGE: SHEFFERLY |
| DEBTOR(S)/ | |

## DEBTORS' OBJECTION TO PROOF OF CLAIM
## OF NISSAN MOTOR ACCEPTANCE CORPORATION (CLAIM #2)

**NOW COME(S)** Debtor(s), by and through their attorney, BOC Law Group, P.C, and in support of their objection states the following:

1. Debtors filed Chapter 13 Bankruptcy on July 26, 2018.

2. On or about July 31, 2018, Creditor, Nissan Motor Acceptance Corporation ("Nissan") filed a proof of claim in the amount of $27,208.68 + 4.78% interest per annum with a default amount owing of $1,385.22. The same being claim number 2-1 on the claims register. Creditor claims property value is $27,208.67.

3. Debtors object to the filing of this Proof of Claim. Value of property in question is lower that claimed, Creditor is therefore not entitled to payments, including adequate protection payments until claim is resolved.

4. Debtors request that this objection be granted pursuant to the terms of the attached Order.

**WHEREFORE** Debtors pray this Honorable Court sustain their objection to the claim of Ally Nissan Motor Acceptance Corporation and for what further relief this Court deems equitable and just.


Dated: August 21, 2018                     */s/ William R. Orlow*
                                           William R. Orlow (P41634)
                                           Attorney for Debtor
                                           24100 Woodward Avenue
                                           Pleasant Ridge, Michigan 48069
                                           248-584-2100
                                           bocecf@boclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

BURNARD NELSON CAMPBELL  CASE NO: 18-50387
KAREN ELIZABETH CAMPBELL  CHAPTER: 13
　　　　　　　　　　　　　　JUDGE: SHEFFERLY

　　　　　　DEBTOR(S)/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM
## OF NISSAN MOTOR ACCEPTANCE CORPORATION (CLAIM #2)

　　　This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty-three (33) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

　　　**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

　　　The objection to the Proof of Claim filed by the above-referenced Creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

　　　**IT IS FURTHER ORDERED** as follows: *[Only provisions checked below apply]*

　　　[XX] Claim #2 shall be disallowed and the Chapter 13 Trustee shall make no further disbursements thereon.

UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

IN RE:
BURNARD NELSON CAMPBELL                         CASE NO:      18-50387
KARNE ELIZABETH CAMPBELL                        CHAPTER:      13
                                                JUDGE:        SHEFFERLY

            **Debtors            /**

<u>Address</u>  16761 Prevost, Detroit, MI 48235

**Last four digits of Social Security or**
<u>Employer's Tax Identification (EIN) No(s).(if any): xxx-xx-0433; xxx-xx-0965</u>

## NOTICE OF OBJECTION TO CLAIM

<u>BOC Law Group, P.C.</u> has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or disallowed.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to disallow or change your claim, then on or before se, October 2, 2018, you or your lawyer must:

1.      File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court**
211 West Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

You must also send a copy to:
BOC Law Group, P.C.
24100 Woodward Avenue
Pleasant Ridge, MI 48069
248-584-2100

2.      Attend the hearing on the objection, scheduled to be held on <u>October 9, 2018,</u> at <u>9:00</u> a.m. in Courtroom <u>1975</u>, United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.  (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: <u>August 21, 2018</u>                             <u>/s/ William R. Orlow</u>
                                                 William R. Orlow (P41634)
                                                 24100 Woodward Avenue
                                                 Pleasant Ridge, MI 48069
                                                 248-584-2100
                                                 bocecf@boclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

BURNARD NELSON CAMPBELL     CASE NO:  18-50387
KAREN ELIZABETH CAMPBELL    CHAPTER:  13
                             JUDGE:    SHEFFERLY

           DEBTOR(S)/

## CERTIFICATE OF SERVICE

**William R. Orlow** hereby certifies that on **August 21, 2018**, a copy of the **Objection to Proof of Claim of Nissan Motor Acceptance Corporation, Proposed Order, Notice of Objection and Hearing and Certificate of Service**, was filed with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

**David Wm. Ruskin**
**Chapter 13 Standing Trustee**
**26555 Evergreen Road, Suite 1100**
**Southfield, MI 48076**

**And via Regular U.S. Mail upon:**

**Nissan Motor Acceptance Corporation**
**8900 Freeport Parkway**
**Irving, TX 75063**

                                         */s/ William R. Orlow*
                                         William R. Orlow (P41634)
                                         24100 Woodward Avenue
                                         Pleasant Ridge, MI 48069
                                         248-584-2100
                                         bocecf@boclaw.com