## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:
BURNARD NELSON CAMPBELL                   CASE NO:    18-50387
KAREN ELIZABETH CAMPBELL            CHAPTER:    13
                                                                JUDGE:       SHEFFERLY
                  Debtor(s)       /

## ORDER CONFIRMING PLAN

        The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

        Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

        IT IS FURTHER ORDERED that the claim of <u>B.O.C. LAW GROUP, P.C.</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **** in fees and **** in expenses, and that the portion of such claim which has not already been paid, to-wit: **** shall be paid by the Trustee as an administrative expense of this case.

        IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

        All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X] Fees by application. Trustee shall reserve $3600.00 for 30 days pending a fee application by Debtor's counsel.

[X] Debtors' alteration of Model Plan Provision II.C. related to adding a fourth option for submission of income tax refunds is hereby stricken.

[X] Debtors' alteration of Model Plan Provision V.G. is hereby stricken.

Approved:

| | |
|---|---|
| /s/ Lisa K. Mullen attorney for | /s/ Corey Carpenter |
| David Wm. Ruskin | Corey Carpenter |
| Chapter 13 Trustee | Attorney for Debtors |
| 26555 Evergreen Road, Suite 1100 | 24100 Woodward Ave. |
| Southfield, MI 48076 | Pleasant Ridge, MI 48069 |
| (248) 352-7755 | (248) 584-2100 |

**Signed on September 28, 2018**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**