UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
BURNARD NELSON CAMPBELL     CASE NO:    18-50387
KAREN ELIZABETH CAMPBELL     CHAPTER:    13
                                                                   JUDGE:    SHEFFERLY

                    **DEBTOR(S)/**

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM OF NISSAN MOTOR ACCEPTANCE CORPORATION (CLAIM #2) (DOCKET #22)

**NOW COMES** Debtor, by and through her attorney, BOC Law Group, P.C. and hereby withdraws the **Objection to Proof of Claim of Nissan Motor Acceptance Corporation (Claim #2) (Docket #22)** filed on August 21, 2018, as the matter has been settled.


Dated: **October 5, 2018**                       /s/ William R. Orlow
                                                                      William R. Orlow (P41634)
                                                                      Attorney for Debtors
                                                                      24100 Woodward Avenue
                                                                      Pleasant Ridge, MI 48069
                                                                      248-584-2100
                                                                      bocecf@boclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
**BURNARD NELSON CAMPBELL**  CASE NO: 18-50387
**KAREN ELIZABETH CAMPBELL**  CHAPTER: 13
  JUDGE: SHEFFERLY

**DEBTOR(S)/**

## CERTIFICATE OF SERVICE

**William R. Orlow** hereby certifies that on June 10, 2016, a copy of the Notice of Withdrawal of Objection to Proof of Claim of Nissan Motor Acceptance Corporation (Claim #2) (Docket #22) was filed with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

**David Wm. Ruskin**
**Standing Chapter 13 Trustee**
**26555 Evergreen Road, Suite 1100**
**Southfield, MI 48076**

**Nissan Motor Acceptance Corporation**
**8900 Freeport Parkway**
**Irving, TX 75063**

/s/William R. Orlow
William R. Orlow (P41634)
Attorney for Debtor
24100 Woodward Ave.
Pleasant Ridge, MI 48069
248-584-2100
bocecf@boclaw.com