UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
BURNARD NELSON CAMPBELL  CASE NO: 18-50387
KAREN ELIZABETH CAMPBELL  CHAPTER: 13
JUDGE: SUCCESSOR TO JUDGE SHEFFERLY

_____Debtors._____/

## DEBTORS' MOTION TO RETAIN OF INSURANCE PROCEEDS TO PURCHASE REPLACEMENT AUTOMOBILE

**NOW COME** Debtors, by and through their attorneys, B.O.C. Law Group, P.C., and in support of this Motion states the following:

1. Debtors filed Chapter 13 Bankruptcy on July 26, 2018.

2. Debtors' plan was confirmed on or about September 28, 2018 [Docket No. 44].

3. At the time of filing, Debtors were the owner of a 2014 Nissan Murano. Nissan Motors Acceptance held a valid security interest in the vehicle at the time of the filing of this Chapter 13.

4. This vehicle was insured with full-coverage insurance by USAA Insurance.

5. Pursuant to the confirmed plan of reorganization, Nissan Motors Acceptance's claim is treated as a class 5.2 claim in the amount of $13,300.00 at 5% interest over the life of the plan.

6. On or about February 28, 2021, Debtors' 2014 Nissan Murano was totaled in an accident.

7. Debtors provided counsel with a statement from Debtors' automobile insurance carrier than the insurance would pay Debtors a total settlement of $10,214.16 (see attached documentation).

8. Per the Trustee's records, the current balance owed to Nissan Motor Acceptance is $6476.77, as it relates to the secured portion of its claim.

9. Debtors request that the insurance company pay the balance owed on the secured portion of creditor's claim, and that the Debtors be allowed to retain the difference of the insurance proceeds in the approximate amount of $3,735.39; for the purpose of obtaining said replacement automobile.

10. Debtors requests that Nissan Motor Acceptance immediately issue a release of lien, upon receipt of funds to satisfy the secured portion of its claim, to USAA insurance so they can salvage the vehicle.

11. Concurrence was sought by Debtors of creditor, but concurrence was not readily accepted.

12. Attached is a Proposed Order

**WHEREFORE** Debtor prays this Honorable Court grant her motion and grant what further relief this Court deems equitable and just.

Dated: March 19, 2021 /s/ C. Jason Cardasis
C. JASON CARDASIS (P54930)
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, Michigan 48069
248-584-2100
jasoncardasis@boclaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:
BURNARD NELSON CAMPBELL        CASE NO:    18-50387
KAREN ELIZABETH CAMPBELL       CHAPTER:    13
                               JUDGE:      SUCCESSOR TO JUDGE
                                           SHEFFERLY

_____Debtor(s)_____/

## ORDER GRANTING DEBTOR'S MOTION TO RETAIN BALANCE OF INSURANCE PROCEEDS TO PURCHASE OF REPLACEMENT AUTOMOBILE

This matter having come on for hearing before the Court by way of the Debtors' Motion to Retain Insurance Proceeds, et. seq., service having been made, no response being filed, a certificate of non-response being filed with the Court, and the Court being otherwise fully advised in the premises;

NOW THEREFORE;

**IT IS HEREBY ORDERED** that Debtor may retain the insurance proceeds in the approximate amount of $3735.39 obtained from USAA Insurance, for insurance settlement and satisfaction from Debtors' 2014 Nissan Murano.

**IT IS FURTHER ORDERED** that the insurance proceeds obtained by Debtor in the amount of $3,735.39 may be utilized to obtain replacement transportation.

**IT IS FURTHER ORDERED** that Nissan Motors Acceptance issue a release of lien to Debtors upon receipt of insurance proceeds, so the vehicle can be salvaged.

IN RE:
**BURNARD NELSON CAMPBELL**          CASE NO:    18-50387
**KAREN ELIZABETH CAMPBELL**      CHAPTER:    13
                                         JUDGE:       SUCCESSOR FOR JUDGE SHEFFERLY

               **Debtor(s)** /

**Address 16761 Prevost, Detroit, MI 48235**

**Last four of Social Security or**
**Employer's Tax Identification (EIN) No(s)., (if any): xxx-xx-0433; xxx-xx-0965**

### NOTICE OF DEBTORS' MOTION TO RETAIN INSURANCE PROCEEDS AND OBTAIN REPLACEMENT TRANSPORTATION
(Motion or Objection)

**BOC Law Group, P.C.** has filed papers with the court to obtain permission to allow Debtor to retain insurance proceeds and obtain replacement transportation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within **14** days, you or your attorney must:

1.       File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
**211 WEST FORT ST.**
**DETROIT, MI 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

**BOC Law Group, P.C.**
**24100 Woodward Ave**
**Pleasant Ridge, MI 48069**

2.       If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 19, 2021                            /s/ C. Jason Cardasis
                                                           **C. Jason Cardasis (P54930)**
                                                           **Attorney for Debtor**
                                                           **24100 Woodward**
                                                           **Pleasant Ridge, MI 48069**
                                                           **(248) 584-2100**
                                                           **jasoncardasis@boclaw.com**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
BURNARD NELSON CAMPBELL  CASE NO: 18-50387
KAREN ELIZABETH CAMPBELL  CHAPTER: 13
　　　　　　　　　　　　　　JUDGE: SUCCESSOR TO JUDGE SHEFFERLY

　　　　　　Debtor(s)　　　/

## CERTIFICATE OF SERVICE

**C. JASON CARDASIS,** hereby certifies that on **March 19, 2021**, he served the **Debtors' Motion To Retain Insurance Proceeds To Purchase Of Replacement Automobile (with attachments), Proposed Order, Notice Of Debtor's Motion And Certificate Of Service,** in said case upon the following parties via the Court's ECF filing system upon:

DAVID RUSKIN
CHAPTER 13 STANDING TRUSTEE
26555 EVERGREEN, STE. 1100
SOUTHFIELD, MI 48076

And via Regular U.S. Mail

*****All Creditors on the Attached Matrix*****

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ C. Jason Cardasis
　　　　　　　　　　　　　　　　　　　C. Jason Cardasis (P54930)
　　　　　　　　　　　　　　　　　　　24100 Woodward Avenue
　　　　　　　　　　　　　　　　　　　 Pleasant Ridge, MI 48069
　　　　　　　　　　　　　　　　　　　(248) 584-2100
　　　　　　　　　　　　　　　　　　　jasoncardasis@boclaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 18-50387-sjs<br>Eastern District of Michigan<br>Detroit<br>Fri Mar 19 11:34:31 EDT 2021 | State of Michigan Department of Treasury<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202-6030 | Avenue<br>Acct No xxxxx0128<br>C/o Berndy & Associates<br>30500 Vandyke<br>Warren, MI 48093-2195 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank USA NA<br>Acct No xxxxxxxxxxxx4422<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank USA NA<br>Acct No xxxxxxxxxxxx1919<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | City of Detroit<br>Acct No xxxx5437<br>Property Tax<br>2 Woodward Ave. Rm 120<br>Detroit, MI 48226-3476 | City of Detroit Water & Sewage Dept.<br>Acct No xxx-xxx6.301<br>Collections/Bankruptcy<br>735 Randolph - 4th Floor<br>Detroit, MI 48226-2830 |
| Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181-8011 | DTE<br>Acct No xxx-xx-0433<br>One Energy Plaza<br>Legal Department; WCB#2106<br>Detroit, MI 48226-1221 | Detroit Water & Sewerage Department<br>c/o Kilpatrick & Associates, P.C.<br>615 Griswold, Suite 1305<br>Detroit, MI 48226-3994 |
| Firestone<br>Acct No xxxxx8768<br>PO Box 81410<br>Cleveland, OH 44181-0410 | HFH<br>Acct No xxxx4384<br>C/o LJ Ross<br>PO Box 6099<br>Jackson, MI 49204-6099 | Henry Ford Hospital<br>Acct No xxxxx7000<br>C/o LJ Ross<br>PO box 6009<br>Jackson, MI 49204-6009 |
| Humana<br>Acct No xxxxx3040<br>PO box 14603<br>Lexington, KY 40512-4603 | Humana<br>Acct No xxxxx9517<br>PO box 14603<br>Lexington, KY 40512-4603 | Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 |
| IRS<br>Acct No xxx-xx-0965<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Acct No xxx-xx-xxxx & xxx-xx-0965<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS/Chief Counsel<br>Acct No xxx-xx-xxxx & xxx-xx-0965<br>1 Detroit Center<br>500 Woodward<br>Ste 1300 Stop 31<br>Detroit, MI 48226-3416 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kilpatrick & Associates, P.C.<br>c/o Detroit Water & Sewerage Department<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI 48326-2693 | Kilpatrick & Associates, P.C.<br>c/o Wayne County Treasurer<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI 48326-2693 |
| Kohl's<br>Acct No xxxxxx5896<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | LCS Financial<br>Acct No x6591<br>6782 South Potomac St., Suite 100<br>Centennial, CO 80112-4585 | Lane Bryant<br>Acct No xxxxxxxxxxxx8298<br>PO Box 659728<br>San Antonio, TX 78265-9728 |

| | | |
|---|---|---|
| Lord & Taylor<br>Acct No xxxxxxxxxxxx7146<br>Capital One<br>PO Box 4144<br>Carol Stream, IL 60197-4144 | Michigan Attorney General<br>Acct No xxx-xx-xxxx & xxx-xx-0965<br>3030 W. Grand Blvd<br>Ste. 10-200<br>Detroit, MI 48202-6030 | Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909<br>5 48909-7668 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX 75266-0366 | Nissan Motor Acceptance Corp<br>Acct No xxx-xx-xxxx & xxx-xx-0965<br>PO Box 742658<br>Cincinnati, OH 45274-2658 |
| Ocwen Loan Servicing LLC, Successor in inter<br>to Litton Loan Servicing, LLC<br>C/O LCS Financial Services Corporation<br>6782 South Potomac St. Suite 100<br>Centennial, CO 80112-4585 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pier Imports<br>Acct No xxxxxxxxxxxx6481<br>PO box 659617<br>San Antonio, TX 78265-9617 |
| Pioneer Finance<br>Acct No xxx-xx2155<br>PO Box 37904 Dept. 7503<br>Charlotte, NC 28237-7904 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | State of Michigan<br>Acct No 0965<br>Department of Treasury<br>Collection Division<br>PO Box 77437<br>Detroit, MI 48277-0437 |
| State of Michigan<br>Acct No xxx-xx-xxxx & xxx-xx-0965<br>Department of Treasury<br>Collection Division<br>PO Box 77437<br>Detroit, MI 48277-0437 | T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TJ Maxx<br>Acct No xxxxxxxxxxxx5928<br>PO box 530948<br>Atlanta, GA 30353-0948 | Target<br>Acct No xxxxxxx3776<br>PO Box 660170<br>Dallas, TX 75266-0170 |
| U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | US Attorney<br>211 W Fort St Ste 2100<br>Detroit, MI 48226-3211 | USAA<br>Acct No xxxxxxxxxxxx2804<br>PO box 14050<br>Las Vegas, NV 89114-4050 |
| Veterans Health<br>Acct No xxxxx2246<br>PO Box 830794<br>Birmingham, AL 35283-0794 | WAYNE COUNTY TREASURER<br>400 MONROE, 5TH FLOOR<br>DETROIT, MICHIGAN 48226-2964 | Wayne County Treasurer<br>Acct No xxxx5437<br>400 Monroe, 5th Floor<br>Suite 520<br>Detroit, MI 48226-2944 |
| Burnard Nelson Campbell<br>16761 Prevost<br>Detroit, MI 48235-3662 | C. Jason Cardasis<br>24100 Woodward Avenue<br>Pleasant Ridge, MI 48069-1138 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 |
| Karen Elizabeth Campbell<br>16761 Prevost<br>Detroit, MI 48235-3662 | William R. Orlow<br>24100 Woodward Ave.<br>Pleasant Ridge, MI 48069-1138 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Best Buy<br>Acct No xxxx-xxxx-xxxx-0747<br>PO Box 78009<br>Phoenix, AZ 85062-8009 | (d)Home Depot<br>Acct No xxxxxxxxxxxx4049<br>PO Box 78011<br>Phoenix, AZ 85062-8011 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | T-Mobil<br>Acct No xxxxxx9593<br>PO Box 21367<br>Tampa, FL 33622 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Detroit Water & Sewerage Department | (u)Wayne County Treasurer | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     2<br>Total                  60 |