UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
BURNARD NELSON CAMPBELL     CASE NO: 18-50387
KAREN ELIZABETH CAMPBELL     CHAPTER: 13
                                                          JUDGE: SUCCESSOR TO JUDGE SHEFFERLY

_____Debtor(s)_____/

## ORDER GRANTING DEBTORS' MOTION TO RETAIN BALANCE OF INSURANCE PROCEEDS TO PURCHASE OF REPLACEMENT AUTOMOBILE

This matter having come on for hearing before the Court by way of the Debtors' Motion to Retain Insurance Proceeds, et. seq., service having been made, no response being filed, a certificate of non-response being filed with the Court, and the Court being otherwise fully advised in the premises;

NOW THEREFORE;

**IT IS HEREBY ORDERED** that Debtor may retain the insurance proceeds in the approximate amount of $3735.39 obtained from USAA Insurance, for insurance settlement and satisfaction from Debtors' 2014 Nissan Murano.

**IT IS FURTHER ORDERED** that the insurance proceeds obtained by Debtor in the amount of $3,735.39 may be utilized to obtain replacement transportation.

**IT IS FURTHER ORDERED** that Nissan Motors Acceptance issue a release of lien to Debtors upon receipt of insurance proceeds, so the vehicle can be salvaged.

**Signed on April 6, 2021**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**