# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| BURNARD NELSON CAMPBELL | CASE NO: 18-50387 |
| KAREN ELIZABETH CAMPBELL | CHAPTER: 13 |
| | JUDGE: SUCCESSOR TO JUDGE SHEFFERLY |
| **DEBTOR(S)/** | |

## EXHIBIT

## PROPOSED ORDER GRANTING OBJECTION TO PROOF OF CLAIM OF NISSAN MOTOR ACCEPTANCE CORPORATION (CLAIM #2)

This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty-three (33) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The objection to the Proof of Claim filed by the above-referenced Creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

**IT IS FURTHER ORDERED** as follows: *[Only provisions checked below apply]*

[XX] Claim #2 has been paid in full. Trustee will make no further disbursement to this creditor.