# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| BURNARD NELSON CAMPBELL | CASE NO: 18-50387 |
| KAREN ELIZABETH CAMPBELL | CHAPTER: 13 |
| | JUDGE: GRETCHKO |
| **DEBTOR(S)/** | |

## DEBTOR'S OBJECTION TO PROOF OF CLAIM
## OF NISSAN MOTOR ACCEPTANCE CORPORATION (CLAIM #2)

**NOW COME(S)** Debtor(s), by and through their attorney, BOC Law Group, P.C., and in support of their objection states the following:

1. Debtor filed Chapter 13 Bankruptcy on July 26, 2018.

2. On or about July 31, 2018, Creditor, Nissan Motor Acceptance Corporation filed a proof of claim in the amount of $27,208.67 + 4.78% interest per annum with a Default owing of $1,385.22 as a secured claim. The same being claim number 2-1 on the claims register.

3. This objection is made pursuant to F.R.B.P. 3007.

4. Debtor objects to the filing of this Proof of Claim. Creditor has been paid in full.

5. Debtor requests that this objection be granted pursuant to the terms of the attached Order.

**WHEREFORE** Debtor prays this Honorable Court sustain their objection to the claim of Nissan Motor Finance Corporation and for what further relief this Court deems equitable and just.

*/s/ C. Jason Cardasis*
C. Jason Cardasis (P54930)
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, Michigan 48069
248-584-2100
jasoncardasis@boclaw.com

Dated: April 16, 2021

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| BURNARD NELSON CAMPBELL | CASE NO: 18-50387 |
| KAREN ELIZABETH CAMPBELL | CHAPTER: 13 |
| | JUDGE: GRETCHKO |
| DEBTOR(S)/ | |

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM
## OF NISSAN MOTOR ACCEPTANCE CORPORATION (CLAIM #2)

This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty-three (33) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The objection to the Proof of Claim filed by the above-referenced Creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

**IT IS FURTHER ORDERED** as follows: *[Only provisions checked below apply]*

[XX] Claim #2 has been paid in full. Trustee will make no further disbursement to this creditor.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:      Chapter: 13 Proceeding
BURNARD NELSON CAMPBELL
KAREN ELIZABETH CAMPBELL     Case No.: <u>18-50387</u>

      <u>Debtor(s)</u>     Judge: GRETCHKO

Address: 16761 Prevost, Detroit, MI 48235

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): xxx-xx-0433; xxx-xx-0965

## NOTICE OF OBJECTION TO CLAIM

<u>BOC Law Group, P.C.</u> has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or disallowed.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to disallow or change your claim, then on or before <u>May 13, 2021</u>, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

    **U.S. Bankruptcy Court**
    211 West Fort Street
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also send a copy to:

    BOC Law Group, P.C.
    24100 Woodward Avenue
    Pleasant Ridge, MI 48069

2. Attend the hearing on the objection, scheduled to be held on <u>May 20, 2021</u>, at <u>10:00</u> a.m. in Courtroom 1975, United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: <u>April 16, 2021</u>        <u>/s/ C. Jason Cardasis</u>
       C. Jason Cardasis (P54930)
       24100 Woodward Avenue
       Pleasant Ridge, MI 48069
       248-584-2100
       jasoncardasis@boclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

BURNARD NELSON CAMPBELL           CASE NO: 18-50387
KAREN ELIZABETH CAMPBELL          CHAPTER: 13
                                         JUDGE: GRETCHKO
               DEBTOR(S)/

**CORRECTED CERTIFICATE OF SERVICE**

**Heather Tousignant** hereby certifies that on **April 16, 2021**, a copy of the **Objection to Proof of Claim of Nissan Motor Acceptance Corporation, Proposed Order, Notice of Objection and Hearing and Certificate of Service**, was filed with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

**David Wm. Ruskin**
**Chapter 13 Standing Trustee**
**26555 Evergreen Road, Suite 1100**
**Southfield, MI 48076**

**And via Regular U.S. Mail upon:**

**Nissan Motor Finance Corporation**
**Attn: Kevin Cullum, President**
**PO Box 660366**
**Dallas, TX 75266-0366**

                                             */s/ Heather Tousignant*
                                             Heather Tousignant, Legal Assistant
                                             An Employee of BOC Law Group, P.C.
                                             24100 Woodward Avenue
                                             Pleasant Ridge, MI 48069
                                             248-584-2100
                                             htousignant@boclaw.com