# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-50387 |
| Burnard Nelson Campbell<br>Karen Elizabeth Campbell | Chapter 13 |
| Debtor(s). | Judge Lisa S. Gretchko |

## RESPONSE TO DEBTORS' OBJECTION TO CLAIM

Nissan Motor Acceptance Corporation ("Creditor"), by and through their undersigned counsel, hereby files this response to the Debtors' Objection to Claim filed on April 16, 2021. Creditor has not been paid in full as objection indicates. Creditor will file an Amended Proof of Claim once the funds have been received and applied.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-50387 |
| Burnard Nelson Campbell<br>Karen Elizabeth Campbell | Chapter 13 |
| Debtor(s). | Judge Lisa S. Gretchko |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on April 23, 2021 to the following:

Burnard Nelson Campbell, Debtor
Karen Elizabeth Campbell, Debtor
16761 Prevost
Detroit, MI 48235

C. Jason Cardasis, Debtors' Counsel
bocecf@boclaw.com

William R. Orlow, Debtors' Counsel
bocecf@boclaw.com

David Wm Ruskin, Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor